# UNITED STATES NAVY–MARINE CORPS COURT OF CRIMINAL APPEALS

_____

## No. 201700189

_____

## UNITED STATES OF AMERICA
Appellee

v.

## JOSEMARIDENNIS S. PASCUAL
Hospital Corpsman First Class (E-6), U.S. Navy
Appellant

_____

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge: Lieutenant Colonel Eugene H. Robinson, Jr., USMC.
Convening Authority: Commanding General, 1st Marine Aircraft
Wing, Okinawa, Japan.
Staff Judge Advocate's Recommendation: Major Christopher W.
Pehrson, USMC.
For Appellant: Lieutenant Colonel Richard A. Viczorek, USMCR.
For Appellee: Brian K. Keller, Esq.

_____

Decided 18 January 2018

_____

Before HUTCHISON, FULTON, and RUSSELL, *Appellate Military
Judges*

_____

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court



R.H. TROIDL
Clerk of Court